UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FIRAS DJELASSI,

               Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR,

               Respondent.

Case No. 19-491-RSM

ORDER APPOINTING FEDERAL PUBLIC DEFENDER

Petitioner filed this 28 U.S.C. § 2241 immigration habeas action *pro se* to obtain release from immigration detention or a bond hearing. He has been detained without a bond hearing since May 21, 2018. The Government has moved to dismiss, arguing that Petitioner is lawfully detained under 8 U.S.C. § 1225(b)(1) and that his continued detention does not violate due process. (Dkt. # 7.) Petitioner did not file a response.

Having reviewed the Government's motion to dismiss, the Court concludes that because of the complex issues involved in this case, the interests of justice require that the Office of the Federal Public Defender be appointed to represent Petitioner in this matter. *See* 18 U.S.C. § 3006A(a)(2)(B). At the direction of the Court, Petitioner submitted an application to proceed *in forma pauperis* (dkt. # 10), which establishes his financial eligibility as required by statute.

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER - 1

Accordingly, the Court APPOINTS the Federal Public Defender for the Western District of Washington to represent Petitioner in these proceedings.

**Within 14 days** of the date of this Order, the Federal Public Defender shall enter an appearance. **Within 21 days** of the date of this Order, the parties shall meet, confer, and propose a new noting date for the Government's motion to dismiss in order to allow the Federal Public Defender time to prepare and file a response on Petitioner's behalf.

The Clerk is directed to send copies of this order to the parties and to the Honorable Ricardo S. Martinez.

Dated this 5th day of August, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER - 2