UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIRAS DJELASSI,<br><br>                    Petitioner,<br><br>     v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                    Respondent. | Case No. C19-491-RSM-MLP<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

This is a 28 U.S.C. § 2241 immigration habeas action. Petitioner's motion for extension of time to file a joint status report proposing a new noting date for the Government's motion to dismiss (dkt. # 13) is GRANTED. The parties shall file a joint status report on or before **September 9, 2019**. The Clerk is directed to send copies of this order to the parties and to the Honorable Ricardo S. Martinez.

Dated this 30th day of August, 2019.

*/s/ Michelle L. Peterson*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING MOTION FOR EXTENSION
OF TIME - 1